## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TRACE SMITH, Individually and on**
**Behalf of All Others Similarly Situated**                                     **PLAINTIFF**

v.                              **Case No. 4:21-cv-00516-KGB**

**INTERSTATE GROUP, LLC**                                                        **DEFENDANT**

## **ORDER**

Before the Court is defendant Interstate Group, LLC's ("Interstate") motion to dismiss and compel arbitration (Dkt. No. 3). Plaintiff Trace Smith brings this collective action against Interstate asserting claims for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq*. ("AMWA") (Dkt. No. 1). In its motion to dismiss and compel arbitration, Interstate asserts that Mr. Smith agreed to arbitrate claims arising from his employment including claims for "wages or other compensation due" and "claims for violation of any federal, state, or other governmental law [or] statute" with exceptions for workers' compensation and unemployment claims (Dkt. No. 3, ¶ 2). Interstate also asserts that Mr. Smith waived his right to bring any of those claims as a class or collective action (*Id.*, ¶ 3). Interstate requests that the Court dismiss Mr. Smith's collective action and compel arbitration of Mr. Smith's individual claims (*Id.*, ¶ 4). Mr. Smith has responded to the motion to dismiss and compel arbitration and states that he is not opposed to Interstate's request to dismiss his complaint and compel arbitration (Dkt. No. 5).

Accordingly, the Court grants Interstate's unopposed motion to dismiss and compel arbitration (Dkt. No. 3). The Court dismisses Mr. Smith's complaint to permit the parties to arbitrate their dispute.

It is so ordered this 19th day of October, 2021.

_____
Kristine G. Baker
United States District Judge